IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM AKIL, an individual; AMY SCHLOEMANN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, successor in interest to NEW CENTURY MORTGAGE COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES, LLC, a Delaware Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants.<br>_____ | 2:12-cv-01225-GEB-KJN<br><br>ORDER |

　　　　Plaintiffs filed a First Amended Complaint on May 30, 2012. (ECF No. 11.) This amendment is stricken since it was not filed in compliance with Federal Rule of Civil Procedure 15(a).

Dated: May 30, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge