September J. Katje, Esq. (SBN 227896)
**CONSUMER LITIGATION LAW CENTER, APC**
100 North Barranca, Suite 700
West Covina, CA 91791
Telephone: (800) 787-5616
Fax: (888) 909-7947
sk@consumerlitigationlawcenter.com

Attorney for Plaintiffs, KARIM AKIL
and AMY SCHLOEMANN.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM AKIL, an individual; AMY SCHLOEMANN, an Individual,<br><br>         Plaintiffs,<br><br>     v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, successor in interest to NEW CENTURY MORTGAGE COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES, LLC, a Delaware Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25,inclusive<br>         Defendants. | Case No.: 2:12-cv-01225-GEB-KJN<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT OF RIGHT IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Fed. Rule Civ. Proc. Sec. 15(a)(2) |

1

Pursuant to Federal Rule of Civil Procedure Sec.15(a)(2), Defendants CARRINGTON MORTGAGE SERVICES, LLC. ("CARRINGTON"), DEUTSCHE BANK NATIONAL TRUST COMPANY, ("DEUTSCHE"), and ATLANTIC & PACIFIC FORECLOSURE SERVICES, LLC ("ATLANTIC") (collectively "Defendants") and Plaintiffs KARIM AKIL and AMY SCHLOEMANN ("Plaintiffs"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs served their Complaint for damages ("Complaint") on April 17, 2012;

WHEREAS, Defendants filed their Notice of Removal to this Court on April 30, 2012;

WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Complaint on May 8, 2012;

WHEREAS, Plaintiffs filed their First Amended Complaint in response to Defendants' Motion to Dismiss on May 30, 2012, which was untimely under Federal Rule of Civil Procedure Sec.15(a)(1)(B);

WHEREAS, on May 31, 2012, Judge Garland E. Burrell issued an Order striking Plaintiff's First Amended Complaint because it did not comply with Federal Rule of Civil Procedure Sec. 15(a)(1)(B);

WHEREAS, a hearing is currently scheduled for June 18, 2012 at 9:00 AM on Defendants' Motion to Dismiss.

WHEREAS, Plaintiffs have requested and Defendants have consented to extend the time for filing Plaintiff's First Amended Complaint as permitted by Federal Rule of Civil Procedure Sec.15(a)(2);

WHEREAS, Plaintiffs will file their First Amended Complaint within 24 hours of the approval of this Stipulation by order of this court or waive her right to amend, a copy of Plaintiffs' First Amended Complaint.

WHEREAS, upon filing Plaintiff's First Amended Complaint in accordance with this Stipulation, the hearing on Defendants' Motion to Dismiss previously set for June 18, 2012 will be vacated;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiffs shall file their First Amended Complaint in response to Defendants' Motion to Dismiss within 24 hours of approval of this Stipulation by order of this court.

IT IS HEARBY ORDERED that this Stipulation to extend time to file Plaintiff's First Amended Complaint of right in response to Defendants' Motion to Dismiss Plaintiffs Complaint is granted.

IT IS SO ORDERED

**Date: 6/15/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge