IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM AKIL, an individual; AMY SCHLOEMANN, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, successor in interest to NEW CENTURY MORTGAGE COMPANY; ATLANTIC & PACIFIC FORECLOSURE SERVICES, LLC, a Delaware Corporation; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this Complaint adverse to Plaintiffs' title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants.<br>_____ | 2:12-cv-01225-GEB-KJN<br><br>ORDER |

        Defendants Atlantic & Pacific Foreclosure Services, LLC and Carrington Mortgage Services, LLC filed a motion to dismiss Plaintiffs' complaint. (ECF No. 5.) However, Plaintiffs filed a First Amended Complaint, which is now the operative pleading. See <u>Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.</u>, 896 F.2d 1542, 1546 (9th Cir. 1989) (stating an amended complaint supercedes the prior complaint). Since the

pending dismissal motion does not address the operative pleading, it is denied as moot.

Dated:  June 29, 2012

```
                           _____
                           GARLAND E. BURRELL, JR.
                           United States District Judge
```